Jerome M. Jackson, Esq. (SBN 64238)
880 Apollo St., Suite 238
El Segundo, CA 90245
Phone: (310) 726-4199
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher L. Chester, et al. | CASE NUMBER |
| | 2:20-cv-10844 JFW (Ex) |
| Plaintiff(s), | |
| v. | |
| County of Los Angeles, etc., et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Brian Jordan _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Christopher L. Chester; R.C., a minor and H.C., a minor, through their GAL Christopher Chester .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

8/13/21
_____
Date

_____
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*