```
 1  JONATHAN C. McCAVERTY (State Bar No. 210922)
    Principal Deputy County Counsel
 2  jmccaverty@counsel.lacounty.gov
    OFFICE OF COUNTY COUNSEL
 3  500 West Temple Street, Suite 468
 4  Los Angeles, California 90012
    Telephone:  (213) 974-1828
 5  Facsimile:   (213) 626-7446
 6
    Attorneys for Defendant
 7  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

 8  [Additional counsel continued on next page.]
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| CHRISTOPHER L. CHESTER, et al., | CASE NO. 2:20-cv-10844-JFW-E |
|---|---|
| Plaintiffs, | **STIPULATION RE DISMISSAL OF MINOR PLAINTIFFS R.C. AND H.C.** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| Defendants. | |

537761.2

Case No. 2:20-cv-10844-JFW-E

[*Additional counsel, continued from previous page*:]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN, and TONY IMBRENDA

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone:   (310) 726-4199
Facsimile:   (310) 414-0486

Attorneys for Plaintiffs
CHRISTOPHER L. CHESTER; R.C.; and H.C.

537761.2

2

Case No. 2:20-cv-10844-JFW-E
STIPULATION RE DISMISSAL OF MINOR PLAINTIFFS R.C. AND H.C.

# STIPULATION

Plaintiffs Christopher L. Chester; R.C.; and H.C. (collectively, "Plaintiffs"), on the one hand, and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint on November 30, 2020 [Dkt. 1];

WHEREAS, Plaintiffs filed the First Amended Complaint ("FAC") on February 12, 2021 [Dkt. 32];

WHEREAS, Defendants filed an Answer to the FAC on February 26, 2021 [Dkt. 34];

WHEREAS, Plaintiffs filed the Second Amended Complaint ("SAC") on May 3, 2021 [Dkt. 45];

WHEREAS, Defendants filed an Answer to the SAC on May 28, 2021 [Dkt. 56];

WHEREAS, Plaintiffs have since decided to dismiss R.C. and H.C., who are both minor Plaintiffs, from the SAC;

WHEREAS, Defendants have agreed that the dismissal of R.C. and H.C. can be without prejudice;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1. Plaintiffs hereby dismiss minor Plaintiffs R.C. and H.C. from the Second Amended Complaint.

2. The dismissal shall be without prejudice.

3. Each Party shall be responsible for their or its own attorneys' fees and costs.

1 | **SO STIPULATED.**

3 | DATED: October 21, 2021        OFFICE OF COUNTY COUNSEL

6 |                                By:    /s/ Jonathan C. McCaverty
                                          JONATHAN C. McCAVERTY*
                                          Attorneys for Defendant
                                          LOS ANGELES COUNTY SHERIFF'S
                                          DEPARTMENT

10 | DATED: October 21, 2021       MILLER BARONDESS, LLP

13 |                               By:    /s/ Jason H. Tokoro
                                          JASON H. TOKORO
                                          Attorneys for Defendants
                                          COUNTY OF LOS ANGELES, LOS
                                          ANGELES COUNTY FIRE
                                          DEPARTMENT, JOEY CRUZ, RAFAEL
                                          MEJIA, MICHAEL RUSSELL, RAUL
                                          VERSALES, ARLIN KAHAN, and
                                          TONY IMBRENDA

20 | DATED: October 21, 2021       JEROME M. JACKSON LAW OFFICES

23 |                               By:    /s/ Jerome M. Jackson
                                          JEROME M. JACKSON*
                                          Attorneys for Plaintiffs
                                          CHRISTOPHER L. CHESTER; R.C.; and
                                          H.C.

\* Signature(s) affixed pursuant to L.R. 5-4.3.4(a)(2)(i).