**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER L. CHESTER, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | CASE NO. 2:20-cv-10844-JFW-Ex<br><br>**ORDER APPROVING STIPULATION RE DISMISSAL OF MINOR PLAINTIFFS R.C. AND H.C.**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

**ORDER**

The Court, having reviewed the Stipulation re Dismissal of Minor Plaintiffs H.C. and R.C. lodged by Plaintiffs Christopher L. Chester; R.C.; and H.C. (collectively, "Plaintiffs") and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda (collectively, "Defendants") by and through their respective counsel of record, hereby **ORDERS** as follows:

  1. The Stipulation is **APPROVED**.
  1. Plaintiffs R.C. and H.C. are dismissed from the Second Amended Complaint.
  2. The dismissal shall be without prejudice.

**IT IS SO ORDERED.**

DATED: October 22, 2021

_____
HON. JOHN F. WALTER
Judge of the United States District Court