| | |
|---|---|
| 1 | **JEROME M. JACKSON, ESQ. (SBN 64238)**<br>880 Apollo Street, Suite 238<br>El Segundo, California 90245<br>Phone: (310) 726-4199 |
| 2 | |
| 3 | |
| 4 | Attorney for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER L. CHESTER; R.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER; H.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-10844 JFW (Ex)**<br>[Judge John F. Walter, Magistrate Charles F. Eick, Courtroom 7A]<br><br>**STIPULATION RE DISMISSAL OF FIRST CAUSE OF ACTION AGAINST DEFENDANTS JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN AND TONY IMBRENDA**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Christopher L. Chester ("Plaintiff"), on the one hand, and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda (collectively, "Defendants"), on the other hand, by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on November 30, 2020 [Dkt. 1];

WHEREAS, Plaintiff filed the First Amended Complaint ("FAC") on February 12, 2021 [Dkt. 32];

WHEREAS, Defendants filed an Answer to the FAC on February 26, 2021 [Dkt. 34];

WHEREAS, Plaintiff filed the Second Amended Complaint ("SAC") on May 3, 2021 [Dkt. 45];

WHEREAS, Defendants filed an Answer to the SAC on May 28, 2021 [Dkt. 56];

WHEREAS, Plaintiff now has decided to dismiss Defendants Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda from the First Cause of Action ["Violation of Fourteenth Amendment (42 USC §1983)"], with prejudice;

WHEREAS, Defendants, and each of them, have agreed to bear his, their, its own attorneys' fees and costs;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1. Plaintiff hereby dismisses Defendants Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda from the First Cause of Action ["Violation of Fourteenth Amendment (42 USC §1983)"].

2. The dismissal shall be with prejudice.

///
///
///
///
///
///
///

3. Defendants, and each of them, shall bear his, their, its own attorneys' fees and costs.

**SO STIPULATED**.

DATED; October __, 2021    OFFICE OF COUNTY COUNSEL

By /s/Jonathan C. McCaverty
Jonathan C. McCaverty*
Attorneys for Defendant LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

DATED; October __, 2021    MILLER BARONDESS, LLP

By /s/Louis R. Miller
Louis R. Miller*
Attorneys for Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA

DATED: October __, 2021

By /s/Jerome M. Jackson
Jerome M. Jackson
Attorney for Plaintiffs
CHRISTOPHER L. CHESTER, R.C. and H.C.

*Signature(s) affixed pursuant to L.R. 5-4.3.4(a)(2)(i)