**JEROME M. JACKSON, ESQ. (SBN 64238)**
**880 Apollo Street, Suite 238**
**El Segundo, California 90245**
**Phone: (310) 726-4199**

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

|  |  |
|---|---|
| CHRISTOPHER L. CHESTER; R.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER; H.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER, <br><br>                Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, <br><br>                Defendants. | **CASE NO. 2:20-cv-10844 JFW (Ex)** <br> [Judge John F. Walter] <br><br> **ORDER APPROVING STIPULATION RE DISMISSAL OF FIRST CAUSE OF ACTION AGAINST DEFENDANTS JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN AND TONY IMBRENDA (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

The Court, having reviewed the Stipulation Re Dismissal of First Cause of Action Against Defendants Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda (Fed. R. Civ. P. 41(a)(1)(A)(ii) (collectively, "Defendants") lodged by Plaintiff Christopher Chester and Defendants, by and through their respective counsel of record, hereby **ORDERS** as follows:

      1.    The Stipulation is **APPROVED**.

1

Order Approving Stipulation of Dismissal of First Causes
of Action Against Cruz, Mejia, Russell, Versales, Kahan and Imbrenda

1    2.      Defendants Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin

2    Kahan and Tony Imbrenda are dismissed from First Cause of Action ["Violation of Fourteenth

3    Amendment (42 USC §1983)"], with prejudice.

4    3.      The Defendants shall bear his/their attorneys' fees and costs.

5    **IT IS SO ORDERED**.

6

7    DATED:  October 25, 2021

8

9    HONORABLE JOHN. F. WALTER
     Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Approving Stipulation of Dismissal of First Causes
of Action Against Cruz, Mejia, Russell, Versales, Kahan and Imbrenda