1  JEROME M. JACKSON (State Bar No. 64238)
   jmjlaw@aol.com
2  880 Apollo St., Suite 238
   El Segundo, California 90245
3  Telephone: (310) 726-4199

4  Attorneys for Plaintiff Christopher L.
   Chester
5

6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  CHRISTOPHER L. CHESTER,            Case No. 2:20-cv-10844-JFW-E

12            Plaintiff,               **PLAINTIFF'S UPDATED WITNESS LIST**

13       vs.
                                       Final Pretrial Conference:
14  COUNTY OF LOS ANGELES, et al.,          July 8, 2022 at 8:00 a.m.

15            Defendants.
                                       Hearing on Motions *in Limine*:
16                                          July 15, 2022 at 8:00 a.m.

17
                                       Trial Date: July 26, 2022
18
                                       The Honorable John F. Walter
19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S UPDATED WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and Central District Civil Local Rule 16-5, Plaintiff Christopher L. Chester submits the following list of witnesses to be called at trial, exclusive of witnesses to be called solely for purposes of impeachment.  Plaintiff reserves the right to call any witness identified in Defendant's Witness List; to call additional witnesses for purposes of rebuttal or impeachment; and based on further developments in the case, including, without limitation, the Court's rulings on pending disputed evidentiary matters.

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Kelly Beard** | *Previously Provided* | In Person |
| **Adam Bercovici** | Contact through counsel for Plaintiff Vanessa Bryant: Luis Li, WILSON SONSINI GOODRICH & ROSATI, P.C. 633 West Fifth Street, Suite 1550 Los Angeles, CA 90071 (323) 210-2900 | In Person |
| **Robert Boese** | *Previously Provided* | In Person[†] |
| **Jennifer Bolden** | *Previously Provided* | In Person |
| **Nicholas Bonelli** | *Previously Provided* | In Person |
| **Ruby Cable** | *Previously Provided* | In Person |
| **Christopher L. Chester** | *Previously Provided* | In Person |
| **Sky Cornell** | *Previously Provided* | In Person |
| **Custodians of Record for Cell Phone Records\*** | *To Be Determined* | In Person |
| **Joey Cruz** | *Previously Provided* | In Person |

-1-

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Mark Flores** | *Previously Provided* | In Person[†] |
| **David Freskos*** | Contact through counsel for Plaintiff Vanessa Bryant: Luis Li, WILSON SONSINI GOODRICH & ROSATI, P.C. 633 West Fifth Street, Suite 1550 Los Angeles, CA 90071 (323) 210-2900 | In Person |
| **Victor Gutierrez** | *Previously Provided* | In Person |
| **Tony Imbrenda** | *Previously Provided* | In Person |
| **William Jaeger** | *Previously Provided* | In Person[†] |
| **Christopher Jauregui** | *Previously Provided* | In Person |
| **Doug Johnson** | *Previously Provided* | In Person |
| **Brian Jordan** | *Previously Provided* | In Person |
| **Journalists Involved in Audio / Video Recordings*** | *To Be Determined* | In Person |
| **Arlin Kahan** | *Previously Provided* | In Person |
| **David Katz** | *Previously Provided* | In Person |
| **Travis Kelly** | *Previously Provided* | In Person |
| **Dennis Kneer** | *Previously Provided* | In Person |
| **Hector Mancinas** | *Previously Provided* | In Person |

-2-
PLAINTIFF'S UPDATED WITNESS LIST

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Anthony Marrone** | *Previously Provided* | In Person[†] |
| **William McCloud** | *Previously Provided* | In Person[†] |
| **Rafael Mejia** | *Previously Provided* | In Person |
| **Kristina McGuire** | *Previously Provided* | In Person |
| **Ralph Mendez, Jr.** | *Previously Provided* | In Person |
| **Rebuttal Mental Health Expert*** | *To Be Determined* | In Person |
| **Scott Miller** | *Previously Provided* | In Person |
| **Tom Pikor** | *Previously Provided* | In Person |
| **Michael Russell** | *Previously Provided* | In Person |
| **Ben Sanchez** | *Previously Provided* | In Person |
| **Erik Scott** | *Previously Provided* | In Person |
| **Emily Tauscher** | *Previously Provided* | In Person[†] |
| **Matthew Vander Horck** | *Previously Provided* | In Person |
| **Jorge Valdez** | *Previously Provided* | In Person |
| **Raul Versales** | *Previously Provided* | In Person |
| **Alex Villanueva** | *Previously Provided* | In Person |

-3-
PLAINTIFF'S UPDATED WITNESS LIST

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Paul Westhead, Jr.** | *Previously Provided* | In Person |
| **Luella Weireter** | *Previously Provided* | In Person |

† *Subject to parties' agreement that witness will testify as Rule 30(b)(6) designee*

DATED:  June 17, 2022

By: _____
    JEROME M. JACKSON
    Attorneys for Plaintiff Christopher L. Chester

-4-