# EXHIBIT 1

# EXHIBIT 1
# (Highlights Reflect Defendants' New Objections to Plaintiff's Exhibits)

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 1 | Email string between R. Mendez and T. Schrader (LASD) re Contact us - LASD.Org "Kobe" | Mendez, Villanueva, Vander Horck, Diez, Other LASD Employees, Bercovici | | | |
| 2 | COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 3 | COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 4 | COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | Mendez, Cruz, Gutierrez, Valdez | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 5 | COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 6 | COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 7 | COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 8 | COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | Mendez, Cruz, Gutierrez, Valdez | | | |
| 9 | COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | Mendez, Cruz, Gutierrez, Valdez | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 12 | Article: "L.A. County Deputies Shared Graphic Photos of Kobe Bryant Crash Scene, Sources Say" by Tchekmedyian, Pringle, LA Times | Valdez, Villanueva, Satterfield, Kneer, Vander Horck, Mancinas, Phillips, Other LASD and LAFD Witnesses, Bercovici | | | |
| 16 | Photo - Google Earth View 1 | Tauscher, McGuire, Johnson, Katz | | | |
| 17 | Photo - Google Earth View 1, Annotated | Tauscher, McGuire, Johnson, Katz | | | |
| 18 | Photo - Google Earth View 2 | Tauscher, McGuire, Johnson, Katz | | | |
| 19 | Photo - Google Earth View 2, Annotated | Tauscher, McGuire, Johnson, Katz | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 20 | Photo - LASC Lost Hills Station Facebook Photo | Marrone, Imbrenda, Breshears, Cornell | | | |
| 21 | Email string from Marrone (LACFD) to Ortiz re Willow Incident Personnel, Annotated | Marrone, Kahan | | | |
| 22 | Handwritten notes headed "Advised @ 11:11 AM," Redacted | Marrone | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) <mark>Hearsay. (FRE 801, 802.)</mark> | Relevant to, among other things, LAFD's notice of allegations and triggering of preservation obligation; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 25 | Email chain between Sprewell (LACFD), Imbrenda, Cornell, Ferguson, Navarez, Lim re LA County Sheriff's deputies allegedly shared photos of Bryant crash site | Imbrenda, Cornell | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) <mark>Hearsay. (FRE 801, 802.)</mark> | Relevant to, among other things, LAFD's notice of allegations and Tony Imbrenda's spoliation campaign; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 26 | Letter from McCloud (LACFD) to Jordan re Intention to Discharge | McCloud, Jordan, Marrone, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LAFD's finding and admission that Jordan's photos did not serve legitimate purpose; not a subsequent remedial measure per definition in FRE 407, not offered for the prohibited purposes in FRE 407, and qualifies for the exception in FRE 407; not unfairly prejudicial | |
| 27 | Letter from McCloud (LACFD) to Imbrenda re Intention to Discharge | McCloud, Imbrenda, Marrone, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LAFD's finding and admission that Imbrenda's taking and sharing photos did not serve legitimate purpose; not a subsequent remedial measure per definition in FRE 407, not offered for the prohibited purposes in FRE 407, and qualifies for the exception in FRE 407; not unfairly prejudicial | |
| 28 | Letter from McCloud (LACFD) to Kahan re Intention to Suspend | McCloud, Kahan, Marrone, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LAFD's finding and admission that Kahan's taking and sharing photos did not serve legitimate purpose; not a subsequent remedial measure per definition in FRE 407, not offered for the prohibited purposes in FRE 407, and qualifies for the exception in FRE 407; not unfairly prejudicial | |
| 30 | Email from Imbrenda to Pringle re Los Angeles County Fire Department Statement | Imbrenda | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) | Relevant to, among other things, Imbrenda's knowledge of allegations and spoliation campaign; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 31 | Luis Li Letter to Fire Chief Osby dated March 2, 2020 | Marrone, McCloud, Kim | Irrelevant. (FRE 104(b), 401, 402.) <br><br> More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, timing of Defendants' preservation obligation; not unfairly prejudicial | |
| 32 | LASD Major Incident Log | Imbrenda, Kahan, Jordan, Marrone, Breshears, McCloud, Smith | | | |
| 35 | Newsletter: "The Backup Newsletter," Winter 2020 - California Reserve Peace Officers Association Quarterly Newsletter | Katz | Irrelevant. (FRE 104(b), 401, 402.) <br><br> More prejudicial than probative.  (FRE 403.) <br> Hearsay. (FRE 801, 802.) | Relevant to, among other things, the condition of the crash scene shortly after the accident; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). <br><br> Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 36 | Email from Katz to "team02@malibusar.org" re Kobe Crash | Katz | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.) | Relevant to, among other things, the sensitivity of information regarding the crash scene and victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D).<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 37 | David Katz Memo to Vander Horck re Crash Scene Photos | Katz | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's deletion order; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 38 | LASD Transcript of David Katz Internal Investigation Interview | Katz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, condition of remains at scene; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 39 | Witness Interview – Phillips | Phillips | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff's Department's findings regarding extent of taking and sharing of photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 41 | Sarah Ellen Chester Autopsy Report (COLA029922-COLA029941) | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 42 | Payton Chester Autopsy Report (COLA029802-COLA029821) | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |
| 43 | Identity and title of all Coroner Personnel who worked at the accident scene on 1/26/27 and/or 1/28/2020 and who worked on the autopsies of the victims | McGuire, Tauscher | | | |
| 44 | Kobe Bryant Autopsy Report (COLA029905-COLA029921) | Tauscher, McGuire | | | |
| 45 | Gianna Bryant Autopsy Report (COLA029882-COLA029904) | Tauscher, McGuire | | | |
| 46 | Photo - Google Earth View 3 | Tauscher, McGuire, Johnson, Katz | | | |
| 47 | Photo - Google Earth View 3, Annotated | Tauscher, McGuire, Johnson, Katz | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 48 | Photo - Google Earth View 4, Annotated | Tauscher, McGuire, Johnson, Katz | | | |
| 49 | Alyssa Altobelli autopsy report | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |
| 50 | Christina Mauser autopsy report | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |
| 51 | Keri Altobelli autopsy report | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |
| 52 | John Altobelli autopsy report | Tauscher, McGuire | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, distinguishing between victims' remains to determine which victims were photographed; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 53 | Email chain between J. Diez, H. Mancinas, M. Vander Horck, T. Schrader, R. Mendez, "SIB Media24" re FW: Contact US - LASD.org "Kobe" | Diez, Mancinas, Vander Horck, Phillips, Mendez | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, LASD's response to citizen complaint and destruction of evidence; not unfairly prejudicial<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 54 | Email chain between Diez, Mancinas, Vander Horck, Mendez, "SIB Media24" re FW: Contact US - LASD.org "Kobe" | Diez, Mancinas, Vander Horck, Mendez, Phillips | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, LASD's response to citizen complaint and destruction of evidence; not unfairly prejudicial<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 55 | LASD Transcript of Internal Affairs Interview of Hector Mancinas (COLA001010-031) | Mancinas | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>==Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.)== | Relevant to, among other things, LASD's destruction of evidence and findings of its investigation; not unfairly prejudicial;  document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D)); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 58 | Performance Log Entry for Doug Johnson, dated February 27, 2020 (COLA000747) | Johnson, Mancinas, Kneer, Valdez, Villanueva, Phillips, Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, absence of discipline for Johnson taking and sharing gratuitous photos of the victims' remains and LASD's investigation findings; not unfairly prejudicial;  retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 59 | Performance Log Entry for Joey Cruz, dated February 27, 2020 (COLA000745) | Cruz, Mancinas, Kneer, Valdez, Villanueva, Phillips, Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, absence of discipline for Cruz gratuitously sharing photos of the victims' remains and LASD's investigation findings; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 60 | Performance Log Entry for Michael Russell, dated February 27, 2020 (COLA000743) | Russell, Mancinas, Kneer, Valdez, Villanueva, Phillips, Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, absence of discipline for Russell gratuitously sharing photos of the victims' remains and LASD's investigation findings; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 61 | Performance Log Entry for Rafael Mejia, dated February 27, 2020 (COLA000744) | Mejia, Mancinas, Kneer, Valdez, Villanueva, Phillips, Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, absence of discipline for Mejia gratuitously sharing photos of the victims' remains and LASD's investigation findings; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). |  |
| 62 | Performance Log Entry for Raul Versales, dated February 27, 2020 (COLA000746) | Versales, Mancinas, Kneer, Valdez, Villanueva, Phillips, Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, absence of discipline for Versales gratuitously sharing photos of the victims' remains and LASD's investigation findings; not unfairly prejudicial |  |
| 63 | LASD Notice of Completion of Investigation of Michael Russell, dated August 5, 2020 (COLA035253-61) | Russell, Mancinas, Jaeger, Reed, Kneer, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's admissions regarding Russell's misconduct with victims' remains photos; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). |  |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 64 | Photo at Golden Mike Awards | Imbrenda, Cornell, Weireter, Scott | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, identifying individuals present at Golden Mike Awards when Tony Imbrenda displayed photos of victims' remains; not unfairly prejudicial | |
| 65 | Audio Recording of Sky Cornell LAFD Investigation Interview, No. 1 | Cornell | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cornell's viewing of victims' remains photos on Tony Imbrenda's phone; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br><u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 66 | Audio Recording of Sky Cornell LAFD Investigation Interview, No. 2 | Cornell | Irrelevant. (FRE 104(b), 401, 402.) <br> More prejudicial than probative.  (FRE 403.) <br> ==Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.)== | Relevant to, among other things, Cornell's viewing of victims' remains photos on Tony Imbrenda's phone; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br> <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 69 | PDF of Sheriff's Information Bureau (SIB) Website | Valdez, Satterfield, Villanueva, Bercovici | | | |
| 70 | Email of January 29, 2020 among Jorge Valdez, Matthew Vander Horck, and John Satterfield, titled "Re: Contact US - LASD.org 'Kobe'" (COLA007168) | Valdez, Vander Horck, Satterfield, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) <br> More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, the Sheriff's order (communicated through the Sheriff's Information Bureau) for deputies to delete photos; not unfairly prejudicial <br> <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 71 | LASD Transcript of Internal Affairs Interview of Lt. John Satterfield (COLA000693) | Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, the findings of LASD's investigation and Sheriff Villanueva's order to delete photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 72 | Email of February 26, 2020 among Alene Tchekmedyian, Alex Villanueva, Jorge Valdez, and Others, titled: "Re: LA Times follow up re Lost Hills" (COLA007318) | Valdez, Villanueva, Satterfield, Kneer | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, Sheriff's order to delete photos and LASD's admissions and falsehoods regarding taking and sharing of photos; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 73* | LA Times Article of February 28, 2020, titled: "Deputies were ordered to delete Kobe Bryant crash photos to avoid discipline, sources say." | Valdez, Satterfield, Mancinas, Villanueva, Cruz, Russell, Versales, Mejia, Imbrenda, Jordan, Kahan, Other LASD and LAFD Witnesses | | | |

---

* Exhibits designated by both Plaintiff and Defendants are indicated by an asterisk (*) and listed twice in this Pre-Trial Exhibit Stipulation—once in Plaintiff's Exhibits and once in Defendants' Exhibits.  In many instances, Plaintiff reserves the right to introduce these documents as non-hearsay party admissions, but objects to Defendants offering the documents because they contain hearsay that is not subject to any exception.

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 75 | Audio Recording of John Satterfield LASD Investigation Interview [1 of 2] (COLA006955) | Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff's order to destroy evidence and LASD's investigation findings regarding taking and sharing of photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D)); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 82 | Email of March 3, 2020 Among Robert Boese, Jorge Valdez, and Others, titled "DRAFT CALABASA White Sheet responses" (COLA007500) | Valdez, Satterfield, Villanueva, Mancinas, Phillips | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, LASD's admissions and false exculpatory statements regarding taking and sharing of photos; not unfairly prejudicial <br><br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 84 | LASD Transcript of Internal Affairs Interview of Chief Dennis Kneer (COLA001077) | Kneer | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence and the findings of LASD's investigation regarding taking and sharing of photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 85 | LASD Watch Commander's Service Comment Report dated July 31, 2016 (COLA035335) | Villanueva, Jaeger, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, LASD's awareness of its personnel taking gratuitous photos of human remains; not unfairly prejudicial <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 86 | Photo - Helicopter Identification Information | Smith | | | |
| 87 | LAFD Incident Log (COLA030606) | Smith | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 88 | Audio Recording of Andrew Smith LAFD Investigation Interview | Smith | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, instructions given to Fire Department employees on the day of the crash regarding photography; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 94 | Text Message Exchange between Plaintiff and Commander Diana Gealta (VB00000094-95) | Bryant | | | |
| 96 | LASD Transcript of Internal Affairs Interview of Deputy Michael Russell (COLA000196) | Russell | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell's gratuitously obtaining and sharing photos of Plaintiff's loved ones' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 97 | Michael Russell Memo to Matthew Vander Horck, dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000715) | Russell, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell's gratuitously obtaining and sharing photos of Plaintiff's loved ones' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 98 | Summons in a Civil Action to Michael Russell dated March 22, 2021 | Russell | | | |
| 99 | (Redacted) Cell Records of Michael Russell (COLA035636) | Russell, Pikor | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Speculation. | Relevant to, among other things, Russell's dissemination of victims' remains photos; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 101 | Rafael Mejia Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000713) | Mejia, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Mejia's gratuitously obtaining and sharing photos of Plaintiff's loved ones' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 102* | LA Times Article dated September 22, 2020, titled: "Vanessa Bryant sues L.A. County sheriff, alleging 'cover-up' of Kobe Bryant crash photos" | Mejia, Russell, Versales, Cruz, Jauregui, Cable, Kelly, Sanchez, Johnson, Miller, Other LASD Witnesses | | | |
| 103 | LA Times Article dated February 27, 2021, titled "Vanessa Bryant wants to make public names of deputies accused of sharing Kobe crash photos" | Mejia, Russell, Versales, Cruz, Jauregui, Cable, Kelly, Sanchez, Johnson, Miller, Other LASD Witnesses | | | |
| 104 | Email Among Counsel dated March 22, 2021 Serving Summons on Deputy Defendants | Cruz, Russell, Versales, Mejia | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 105 | Summons in a Civil Action to Rafael Mejia dated March 22, 2021 | Mejia | | | |
| 108 | LASD Letter to Rafael Mejia re Notice of Completion of Investigation, dated August 5, 2020 (COLA035244) | Mejia, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's admissions regarding Mejia's misconduct related to photos of remains; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 109 | New LASD Policy re Photos of Human Remains (COLA035884) | Villanueva, Flores, Cruz, Russell, Versales, Cable, Mejia, Kelly, Diez, Sanchez, Johnson, Miller, Other LASD Witnesses, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, whether LASD had a proper policy regarding human remains photos at time of accident; not a subsequent remedial measure per definition in FRE 407, not offered for the prohibited purposes in FRE 407, and qualifies for the exception in FRE 407; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 110 | Raul Versales Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000712) | Versales, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales's admissions that he received and shared human remains photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 111 | LASD Transcript of Raul Versales Internal Investigation Interview (COLA000097-117) | Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales's admissions that he received and shared human remains photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 112 | LASD Letter to Raul Versales re Notice of Completion of Investigation, dated August 5, 2020 (COLA035262-69) | Versales, Mancinas, Reed, Jaeger, Kneer | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's admissions regarding Versales's misconduct in obtaining and sharing photos of crash victims' remains; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 114 | NBC 4 Article: "Vanessa Bryant Files Claim Against Sheriff's Department Over Photos of Crash Site" | Mejia, Russell, Versales, Cruz, Jauregui, Cable, Kelly, Sanchez, Johnson, Miller, Other LASD Witnesses | | | |
| 115 | Email dated February 28, 2020 from Tony Imbrenda to Stephanie Stanton, titled: "Official Statement regarding the Willow Incident" (COLA011458) | Imbrenda | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, Tony Imbrenda's spoliation campaign; not unfairly prejudicial | |
| 116 | LAFD Internal Investigation Notice to Tony Imbrenda (COLA035026) | Imbrenda | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Fire Department's delay in preserving evidence of misconduct and investigation into Tony Imbrenda's behavior with victims' remains photos; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|----------------------|------------------------------------------------|
| 117 | Email from Joey Cruz to himself dated January 30, 2020 at 5:52 p.m., titled "Willow Incident" (003304) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial | |
| 118 | Email from Joey Cruz to himself dated January 30, 2020 at 6:03 p.m., titled "Willow Incident" (COLA003310) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial | |
| 119 | Email from Joey Cruz to himself dated January 30, 2020 at 6:06 p.m., attaching "Willow Incident.docx" (COLA003317) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial | |
| 120 | Email from Joey Cruz to himself dated January 30, 2020 at 6:12 p.m., attaching "Willow Incident.docx" (COLA003326) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial | |
| 121 | Email from Joey Cruz to himself dated January 30, 2020 at 6:21 p.m., attaching "Willow Incident.docx" (COLA003330) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 122 | Memo from Joey Cruz to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000714) | Cruz, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cruz's admissions of misconduct related to human remains photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 123 | LASD Transcript of Joey Cruz Internal Investigation Interview (COLA000148-194) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cruz's gratuitously obtaining, sharing, and displaying photos of Plaintiff's loved ones' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 124 | Memo from Salvador Becerra to William Jaeger dated July 24, 2020 (COLA035214-19) | Cruz, Jaeger, Reed, Kneer, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's findings regarding Cruz's sharing of victims' remains photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 128 | LASD Transcript of Matthew Vander Horck Internal Investigation Interview (COLA001066-75) | Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's handling of citizen complaint and Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 129 | Announcement of Vander Horck Transfer (COLA0035860) | Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, motivation for Sheriff's order to destroy evidence and policy of tolerating improper human remains photos; not unfairly prejudicial | |
| 131 | Email dated February 20, 2020 Involving Matthew Vander Horck, titled: "Fw: Contact US - LASD.org 'Kobe'" (COLA007303-04) | Vander Horck, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) | Relevant to, among other things, motivation for Sheriff's order to destroy evidence and policy of tolerating improper human remains photos; not unfairly prejudicial | |
| 132 | Ruby Cable Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000721) | Cable, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cable gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 133 | Chris Jauregui Memo to Vander Horck re Willow Incident Photographs, dated January 31, 2020 (COLA000720) | Jauregui, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Jauregui gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 134 | LASD Transcript of Chris Jauregui Internal Investigation Interview (COLA000327-55) | Jauregui | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Jauregui gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial <br><br> Note: Inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801); document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 135 | LASD Transcript of 1st Internal Affairs Interview of Scott Miller (COLA000387-404) | Miller | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Miller gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). |  |
| 136 | LASD Transcript of 2nd Internal Affairs Interview of Scott Miller (COLA000406-07) | Miller | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Miller gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). |  |
| 137 | Audio Recording of Scott Miller LASD Investigation Interview [1 of 2] (COLA006921) | Miller | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Miller gratuitously obtaining photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). |  |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 138 | LASD Transcript of 1st Internal Affairs Interview of Ben Sanchez (COLA000357-365)* | Sanchez | Irrelevant. (FRE 104(b), 401, 402.)  More prejudicial than probative.  (FRE 403.)  Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Defendant Michael Russell gratuitously sharing photos of crash victims' remains with Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).  <u>Note</u>: Inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 139 | Doug Johnson Memo to Matthew Vander Horck dated January 31, 2020, titled: "Willow Incident - Helicopter Crash" (COLA000711) | Johnson, Bercovici | Irrelevant. (FRE 104(b), 401, 402.)  More prejudicial than probative.  (FRE 403.)  Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson gratuitously taking and sharing photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).  <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 140 | Photos of LAFD Captain Brian Jordan (COLA035112) | Johnson | | | |
| 141 | Photos of LAFD Employees Rivera, Fidani, Sosa, Bautista, Rodriguez, Arellano, Palma, and Herrera (COLA035128-35) | Johnson | | | |
| 143 | LASD Transcript of Internal Affairs 1st Interview of Doug Johnson (COLA000060-91) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson gratuitously taking and sharing photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 144 | LASD Transcript of Internal Affairs Interview of Travis Kelly (COLA000950-963) | Kelly | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Kelly; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note</u>: Inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 145 | LASD Transcript of 1st Internal Affairs Interview of Travis Kelly (COLA000417-438) | Kelly | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Kelly; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note</u>: Inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 146 | Travis Kelly Memo to Matthew Vander Horck dated January 30, 2020, titled: "WILLOW INCIDENT PHOTOGRAPHS" (COLA000722) | Kelly | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Kelly; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: Inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 147 | LASD Letter to Travis Kelly dated August 8, 2020, titled: "Notification Letter" (COLA035225-32) | Kelly, Bercovici | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Kelly; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 149 | LASD Transcript of Internal Affairs Interview of Nicholas Bonelli (COLA000409-415) | Bonelli | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's awareness that Kobe Bryant was onboard helicopter on morning of January 26; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 150 | Google Earth image (close) | Tauscher, McGuire | | | |
| 151 | Google Earth image (wide) | Tauscher, McGuire | | | |
| 154 | Email dated January 29, 2020 Among Sheriff Villanueva, John Burcher, and Others, titled: "FW: Contact US - LASD.org 'Kobe'" (COLA007145-46) | Villanueva, Mendez, Kneer, Vander Horck, Reed, Diez, Mancinas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, LASD's handling of citizen complaint and Sheriff's order to destroy evidence; not unfairly prejudicial Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 155 | LASD Press Release re Crash Scene Photos, dated February 28, 2020 | Villanueva, Valdez, Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff's Departments response to citizen complaint and intentionally misleading public statements regarding taking and sharing of photos; not unfairly prejudicial | |
| 156 | Letter from Luis Li to Sheriff Villanueva dated March 2, 2020 | Villanueva | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) (Hearsay FRE 801, 802.) | Relevant to, among other things, LASD's notice of potential litigation and obligation to preserve documents; not unfairly prejudicial; non-hearsay because it is not offered for its truth, but rather to show Defendants' were on-notice of threatened legal action. | |
| 158 | Brian Jordan Cell Phone Records (VB00000104-575) | Jordan, Pikor | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Speculation. | Relevant to, among other things, Jordan's dissemination of crash scene photos; not unfairly prejudicial; Defendants' speculation objection is unintelligible | |
| 159 | Hanley Law Group Letter to LAFD dated January 29, 2021 (COLA035497-550) | Jordan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Jordan's taking and sharing of victims' remains photos and related discipline from the Fire Department; not unfairly prejudicial | |

- 38 -

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 161 | Memo from McCloud to Jordan re Internal Investigation dated March 17, 2020 (COLA035057) | Jordan, McCloud | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Jordan's taking and sharing of victims' remains photos and related discipline from the Fire Department; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 162 | Memo from Marrone to Jordan re Direct Order dated May 29, 2020 (COLA035089) | Marrone, Jordan | | | |
| 163 | Email from Jordan to Captain58LAC@yahoo.com dated May 29, 2020 (COLA035020-24) | Jordan, Marrone | | | |
| 174 | Chart of Custodian Information | Price, Freskos | | | |
| 175* | Investigative Analysis Prepared for Parties | Price, Freskos | | | |
| 178* | Cellebrite Extraction Report (COLA037560-920) | Russell, Sanchez, Pikor | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|----------------------------------------------|
| 180 | Fire Dispatch Log (COLA029973-78) | Marrone | | | |
| 182 | Verizon Wireless Call Log (COLA030639-41) | Marrone, Jordan | | | |
| | | | | | |
| | | | | | |
| 190 | LAFD Internal Investigation Memo from Marrone to Kahan dated March 17, 2020 (COLA035056) | Marrone, Kahan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, the Fire Department's investigation of Arlin Kahan for taking, sharing, and/or requesting graphic photos of the crash scene; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 191 | Social Media Posts by LASD Accounts | Boesse, Villanueva, Flores, Cruz, Russell, Mejia, Johnson, Kelly, Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, LASD's pattern and practice of taking and sharing photos of human remains on personal cell phones; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 192* | LAFD Direct Order from Marrone to Kahan (COLA035088) | Marrone, Kahan | | | |
| 194 | Kahan email to Marrone dated December 10, 2020 attaching Rebuttal to the Letter of Intent (COLA035012-14) | Marrone, McCloud, Kahan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, the Fire Department's investigation of Arlin Kahan for taking, sharing, and/or requesting graphic photos of the crash scene; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 300 | Villanueva Press Briefing - COLA001200 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 301 | Villanueva CBS 2 Interview - VB00003620 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |
| 302 | Villanueva Fox 11 Interview - VB00003622 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |
| 303 | Villanueva ABC 7 Interivew - COLA001182 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 304 | Villanueva KNX1070 Interview - COLA006932 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |
| 305 | Villanueva NBC Interview - COLA030878 | Villanueva, Valdez, Jaeger, Mejia, Russell, Cruz, Versales, Other LASD Witnesses | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, Sheriff Villanueva's description of deputies' conscience-shocking conduct, inadequacy of LASD's investigatory response, and LASD's knowledge of longstanding practice of taking unnecessary photos of human remains; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|------------------------|-----------------------------------------------|
| 306 | Villanueva & Other LASD Statements to LA Times Audio Recording - https://www.latimes.com/california/story/2021-12-21/vanessa-bryant-kobe-bryant-death-photos-lawsuit-la-county-sheriff | Villanueva, Valdez, Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication. (FRE 901.) | Relevant to, among other things, Sheriff Villanueva and Jorge Valdez's false denials regarding citizen complaint and deletion order; not unfairly prejudicial; can be authenticated by Villanueva, Valdez, Satterfield, the LA Times reporters, or anyone familiar with the voices on the audio recording | Defendants do not stipulate to the authenticity of the recordings contained in this exhibit because they were not produced in the course of discovery. Defendants are unable to verify the source of these recordings or whether they are accurate or have been altered. |
| 307 | LASD Request for IAB Investigation, dated February 28, 2020 (COLA000906) | Villanueva, Kneer, Jaeger | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's failure to properly investigate and secure all photos between January 28, 2020, when complaint was received, and February 28, 2020, when full internal investigation was opened; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 308 | LASD Response to Vanessa Bryant Notice of Claim, dated May 11, 2020 (VB00000001) | Bryant, Villanueva | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 310 | Jack Altura Ltr. to Luis Li re "Response to March 2, 2020 Letter to Chief Osby," dated March 26, 2020 (VB00000004) | Bryant, Villanueva | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay (801,802.) | Relevant to, among other things, LASD's knowledge of potential litigation and duty to preserve evidence; not unfairly prejudicial; non-hearsay because (i) document was written by an agent of a party opponent and is thus a non-hearsay party admission; and (ii) document is not offered for the truth of the matter asserted therein, but rather to demonstrate Defendants' notice of threatened legal claims. | |
| 312 | Vanessa Bryant Notice of Claim on LA County Fire Department, dated July 20, 2020 (VB00000011) | Bryant, Villanueva | | | |
| 314 | Vanessa Bryant Notice of Claim on LA County Sheriff's Department, dated May 7, 2020 (VB00000020) | Bryant, Villanueva | | | |
| 315 | Jack Altura Ltr. to Luis Li re "Response to March 2, 2020 Letter to Sheriff Villanueva," dated March 26, 2020 (VB00000039) | Bryant, Villanueva | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay (801, 802) | Relevant to, among other things, LASD's knowledge of potential litigation and duty to preserve evidence; not unfairly prejudicial; non-hearsay because (i) document was written by an agent of a party opponent and is thus a non-hearsay party admission; and (ii) document is not offered for the truth of the matter asserted therein, but rather to demonstrate Defendants' notice of threatened legal claims. | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 317 | Instagram Message to Plaintiff from bhbb7231: "Ima leak Kobe's body" (VB00000048) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Not offered for its truth but rather effect on the listener; relevant to, among other things, Plaintiff's emotional distress from online taunts caused by County employees' misconduct; not unfairly prejudicial; Mrs. Bryant can authenticate the post as a taunt she has received online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 318 | Annotated Photo Posted on Social Media ("Both legs with knees in air") (VB00000049) | Bryant, Tauscher, McGuire | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Not offered for its truth but rather effect on the listener; relevant to, among other things, Plaintiff's emotional distress from viewing photos of her husband's remains online; not unfairly prejudicial; Mrs. Bryant can authenticate the post as an image she has seen online, and a witness familiar with layout of crash scene and victims' remains in relation to helicopter wreckage can authenticate the post as a photo of the crash scene | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 319 | Photo of Wreckage and Pink Blanket (VB00000050) | Bryant, Tauscher, McGuire | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Not offered for its truth but rather effect on the listener; relevant to, among other things, Plaintiff's emotional distress from viewing photos of her husband's remains online; not unfairly prejudicial; Mrs. Bryant can authenticate the post as an image she has seen online, and a witness familiar with layout of crash scene and victims' remains in relation to helicopter wreckage can authenticate the post as a photo of the crash scene | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 320 | Taunting Message to Mrs. Bryant on Social Media (VB00000051) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication (FRE 901.) | Not offered for its truth but rather effect on the listener; relevant to, among other things, Plaintiff's emotional distress from viewing photos of her husband's remains online; relevant to, among other things, Plaintiff's emotional distress from online taunts caused by County employees' misconduct; not unfairly prejudicial; Mrs. Bryant can authenticate the post as a taunt she has received online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 321 | Twitter Post with Photos of Accident Scene, dated January 29, 2020 (VB00000052) | Bryant, Tauscher, McGuire | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication (FRE 901.) | Not offered for its truth but rather effect on the listener; relevant to, among other things, Plaintiff's emotional distress from viewing photos of her husband's remains online; not unfairly prejudicial; Mrs. Bryant can authenticate the post as an image she has seen online, and a witness familiar with layout of crash scene and victims' remains in relation to helicopter wreckage can authenticate the post as a photo of the crash scene | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 322 | Instagram Comments Viewed by Plaintiff (VB00000071) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication (FRE 901.) | Admissible to show effect on listener (Mrs. Bryant) and residual hearsay exception based on Defendants' spoliation; not unfairly prejudicial; relevant to, among other things, Plaintiff's emotional distress; Mrs. Bryant can authenticate the post as one she has viewed online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 323 | Twitter Post & Profile of "baby boo," dated January 31, 2020 (VB00000096-97) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Admissible to show effect on listener (Mrs. Bryant) and residual hearsay exception based on Defendants' spoliation; relevant to, among other things, Plaintiff's emotional distress; not unfairly prejudicial; Mrs. Bryant can authenticate the post as one she has viewed online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 324 | Twitter Post & Profile of "AmericanAnswers.org/Facebook," dated February 7, 2020 (VB00000098-99) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Admissible to show effect on listener (Mrs. Bryant) and residual hearsay exception based on Defendants' spoliation; relevant to, among other things, Plaintiff's emotional distress;  not unfairly prejudicial; Mrs. Bryant can authenticate the post as one she has viewed online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 325 | Twitter Post & Profile of "DRYX," dated March 24, 2020 (VB00000100-01) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Admissible to show effect on listener (Mrs. Bryant) and residual hearsay exception based on Defendants' spoliation; not unfairly prejudicial; Mrs. Bryant can authenticate the post as one she has viewed online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 326 | Twitter Post & Profile of "Princess Young," dated May 20, 2020 (VB00000102-03) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication (FRE 901.) | Admissible to show effect on listener (Mrs. Bryant) and residual hearsay exception based on Defendants' spoliation; not unfairly prejudicial; Mrs. Bryant can authenticate the post as one she has viewed online | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |
| 328 | LASD Letter to Brian Williams & Max Huntsman, dated March 4, 2020 (VB00004190) | Villanueva | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's lack of policy regarding photos of human remains; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 329 | Search Auto-Populating "Kobe Bryant crash pictures" (VB00004197) | Bryant | Hearsay. (FRE 801, 802.) Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Authentication (FRE 901.) | Not offered for its truth; relevant to, among other things, Plaintiff's emotional distress in encountering references to Defendants' improper photos online; not unfairly prejudicial; Mrs. Bryant can authenticate the image as a screenshot she herself took | Defendants do not stipulate to the authenticity of this exhibit because there is no way to authenticate the source of this exhibit as required by FRE 901(a). |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 330 | Audio Recording of Nicholas Bonelli LASD Investigation Interview (COLA006586) | Bonelli | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, the timing of when LASD learned Kobe Bryant was onboard the helicopter; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 331 | Audio Recording of Ruby Cable LASD Investigation Interview (COLA006585) | Cable | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Rafael Mejia gratuitously sharing photos of the victims' remains with Cable; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 332 | LASD Transcript of Internal Affairs Interview of Ruby Cable (COLA000370-385) | Cable | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Rafael Mejia gratuitously sharing photos of the victims' remains with Cable; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 333 | Audio Recording of Joey Cruz LASD Investigation Interview [1 of 3] (COLA006581) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cruz obtaining, sharing, and displaying photos of the victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 334 | Audio Recording of Joey Cruz LASD Investigation Interview [2 of 3] (COLA006582) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cruz obtaining, sharing, and displaying photos of the victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 335 | Audio Recording of Joey Cruz LASD Investigation Interview [3 of 3] (COLA006583) | Cruz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Cruz obtaining, sharing, and displaying photos of the victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 336 | Audio Recording of Tony Imbrenda LAFD Investigation Interview (COLA035068) | Imbrenda | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Imbrenda taking, obtaining, sharing, and displaying photos of the crash victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 337 | Audio Recording of Chris Jauregui LASD Investigation Interview [1 of 2] (COLA006587) | Jauregui | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Raul Versales gratuitously sharing photos of the victims' remains with Jaurgeui; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 338 | Audio Recording of Chris Jauregui LASD Investigation Interview [2 of 2] (COLA006588) | Jaurgeui | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>==Hearsay. (FRE 801, 802.)==<br>==Subsequent remedial measures. (FRE 407.)== | Relevant to, among other things, Raul Versales gratuitously sharing photos of the victims' remains with Jaurgeui; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 339 | Audio Recording of Doug Johnson LASD Investigation Interview [1 of 3] (COLA006267) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801)) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 340 | Audio Recording of Doug Johnson LASD Investigation Interview [2 of 3] (COLA006268) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 341 | Audio Recording of Doug Johnson LASD Investigation Interview [3 of 3] (COLA006269) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 342 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [1 of 3] (COLA006933) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 343 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [2 of 3] (COLA006934) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 344 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [3 of 3] (COLA006935) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 345 | LASD Transcript of Internal Affairs 2nd Interview of Doug Johnson (COLA000093-95) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson taking gratuitous close-up photos of the victims' remains and sharing them with Raul Versales; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 346 | Audio Recording of Doug Johnson LAFD Investigation Interview (COLA035118) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) <br> More prejudicial than probative. (FRE 403.) <br> Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson witnessing Brian Jordan take unnecessary photos of the victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br> Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 347 | Audio Recording of Doug Johnson 2nd LAFD Investigation Interview (COLA035119) | Johnson | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Johnson witnessing Brian Jordan take unnecessary photos of the victims' remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 348 | Audio Recording of Brian Jordan LAFD Investigation Interview (COLA035078) | Jordan | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Jordan taking gratuitous close-up photos of the victims' remains under false pretenses; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 349 | Audio Recording of Brian Jordan 2nd LAFD Investigation Interview (COLA035072) | Jordan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Jordan taking gratuitous close-up photos of the victims' remains under false pretenses; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 350 | Audio Recording of Arlin Kahan LAFD Investigation Interview (COLA035069) | Kahan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Kahan taking gratuitous photos of the victims' remains and then lying about it; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 351 | Audio Recording of David Katz LASD Investigation Interview (COLA006323) | Katz | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Katz's observations of the crash scene as one of the first to arrive and his conversations with Doug Johnson regarding Johnson's photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 352 | Audio Recording of Travis Kelly 1st LASD Investigation Interview (COLA006883) | Kelly | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Raul Versales gratuitously sharing photos of the victims' remains with Kelly; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 353 | Audio Recording of Travis Kelly 2nd LASD Investigation Interview [1 of 2] (COLA006962) | Kelly | Irrelevant. (FRE 104(b), 401, 402.)<br><br>More prejudicial than probative.  (FRE 403.)<br><br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's absence of policy regarding photos of human remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 354 | Audio Recording of Travis Kelly 2nd LASD Investigation Interview [2 of 2] (COLA006963) | Kelly | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's absence of policy regarding photos of human remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from preferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 355 | Audio Recording of Dennis Kneer LASD Investigation Interview (COLA006953) | Kneer | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.)<br>Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 357 | Audio Recording of Anthony Marrone LAFD Investigation Interview [1 of 2] (COLA035080) | Marrone | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, what Marrone observed on the day of the accident and instructions / training given to LAFD employees regarding photos of remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 358 | Audio Recording of Anthony Marrone LAFD Investigation Interview [2 of 2] (COLA035081) | Marrone | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, what Marrone observed on the day of the accident and instructions / training given to LAFD employees regarding photos of remains; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 359 | Audio Recording of Rafael Mejia LASD Investigation Interview [1 of 2] (COLA006577) | Mejia | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Mejia gratuitously obtaining and sharing photos of the victims' remains with Ruby Cable and Joey Cruz; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 360 | Audio Recording of Rafael Mejia LASD Investigation Interview [2 of 2] (COLA006578) | Mejia | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Mejia gratuitously obtaining and sharing photos of the victims' remains with Ruby Cable and Joey Cruz; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 361 | LASD Transcript of Internal Affairs Interview of Rafael Mejia (COLA000119-146) | Mejia | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Mejia gratuitously obtaining and sharing photos of the victims' remains with Ruby Cable and Joey Cruz; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 362 | Audio Recording of Hector Mancinas LASD Investigation Interview [1 of 3] (COLA006946) | Mancinas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 363 | Audio Recording of Hector Mancinas LASD Investigation Interview [2 of 3] (COLA006947) | Mancinas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 364 | Audio Recording of Hector Mancinas LASD Investigation Interview [3 of 3] (COLA006949) | Mancinas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 365 | Audio Recording of Ralph Mendez, Jr. LASD Investigation Interview (COLA006257) | Mendez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Joey Cruz displaying photos of victims' remains at a bar in Norwalk; not unfairly prejudicial; document is subject to hearsay exception for recorded recollection; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 366 | LASD Transcript of Internal Affairs Interview of Ralph Mendez, Jr. (COLA000611-622) | Mendez | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Joey Cruz displaying photos of victims' remains at a bar in Norwalk; not unfairly prejudicial; document is subject to hearsay exception for recorded recolleciton; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 367 | Audio Recording of Scott Miller LASD Investigation Interview [2 of 2] (COLA006922) | Miller | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Raul Versales gratuitously sharing photos of the victims' remains with Scott Miller; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 368 | Audio Recording of Scott Miller 2nd LASD Investigation Interview [1 of 2] (COLA006938) | Miller | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative.  (FRE 403.)<br>Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's failure to adequately examine Miller's cell phone; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 369 | Audio Recording of Scott Miller 2nd LASD Investigation Interview [2 of 2] (COLA006939) | Miller | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, LASD's failure to adequately examine Miller's cell phone; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 370 | Audio Recording of Michael Russell LASD Investigation Interview [1 of 2] (COLA006579) | Russell | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 371 | Audio Recording of Michael Russell LASD Investigation Interview [2 of 2] (COLA006580) | Russell | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 373 | Audio Recording of Ben Sanchez LASD Investigation Interview (COLA006592) | Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 374 | Audio Recording of Ben Sanchez 2nd LASD Investigation Interview [1 of 2] (COLA006936) | Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 375 | Audio Recording of Ben Sanchez 2nd LASD Investigation Interview [2 of 2] (COLA006937) | Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 376 | LASD Transcript of 2nd Internal Affairs Interview of Ben Sanchez (COLA000366-368) | Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Russell gratuitously sharing photos of the victims' remains with his video game buddy, Ben Sanchez; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 377 | Audio Recording of Erik Scott LAFD Investigation Interview (COLA035071) | Scott | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Tony Imbrenda's display of remains photos at the Golden Mike Awards; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 378 | Audio Recording of Matthew Vander Horck LASD Investigation Interview [1 of 2] (COLA006960) | Vander Horck | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 379 | Audio Recording of Matthew Vander Horck LASD Investigation Interview [2 of 2] (COLA006961) | Vander Horck | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 380 | Audio Recording of Jorge Valdez LASD Investigation Interview [1 of 3] (COLA006957) | Valdez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 381 | Audio Recording of Jorge Valdez LASD Investigation Interview [2 of 3] (COLA006958) | Valdez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proffering exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 382 | Audio Recording of Jorge Valdez LASD Investigation Interview [3 of 3] (COLA006959) | Valdez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 383 | LASD Transcript of Internal Affairs Interview of Jorge Valdez (COLA001045-053) | Valdez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 384 | Audio Recording of Raul Versales LASD Investigation Interview [1 of 2] (COLA006575) | Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Travis Kelly, Chris Jauregui, Scott Miller, and Rafael Mejia; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 385 | Audio Recording of Raul Versales LASD Investigation Interview [2 of 2] (COLA006576) | Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Versales gratuitously sharing photos of the victims' remains with Travis Kelly, Chris Jauregui, Scott Miller, and Rafael Mejia; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 386 | Audio Recording of Luella Weireter LAFD Investigation Interview (COLA035070) | Weireter | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Tony Imbrenda's display of remains photos at the Golden Mike Awards; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)).<br><br>Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 387 | Audio Recording of John Satterfield LASD Investigation Interview [2 of 2] (COLA006956) | Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures. (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 388 | Summons in a Civil Action to Raul Versales dated March 22, 2021 | Versales | | | |
| 389 | Summons in a Civil Action to Joey Cruz dated March 22, 2021 | Cruz | | | |
| 390 | COLA001422 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:00-20:10 | Mendez, Cruz, Gutierrez | | | |
| 391 | COLA001423 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:10-20:20 | Mendez, Cruz, Gutierrez | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 392 | COLA001425 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:31-20:40 | Mendez, Cruz, Gutierrez | | | |
| 393 | COLA001426 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:40-20:51 | Mendez, Cruz, Gutierrez | | | |
| 394 | COLA001427 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:51-21:01 | Mendez, Cruz, Gutierrez | | | |
| 395 | COLA001428 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:01-21:11 | Mendez, Cruz, Gutierrez | | | |
| 396 | COLA001429 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:11-21:21 | Mendez, Cruz, Gutierrez | | | |
| 397 | COLA001433 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:52-22:03 | Mendez, Cruz, Gutierrez | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 398 | COLA001436 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:23-22:33 | Mendez, Cruz, Gutierrez | | | |
| 399 | COLA001438 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:44-22:46 | Mendez, Cruz, Gutierrez | | | |
| 400 | COLA001439 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:46-22:57 | Mendez, Cruz, Gutierrez | | | |
| 401 | Joey Cruz Cell Records, January 1 - March 6, 2020 (Bates COLA035763-COLA035822) | Cruz, Mejia, Russell, Pikor | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 402 | Rafael Mejia Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036662) | Mejia, Cruz, Cable, Pikor | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 403 | Certificate of Authenticity for Mejia and Versales Cell Records (VB00004136-VB00004150) | Mejia, Versales, Pikor, Records Custodian | | | |
| 404 | Rafael Mejia Consent to Release and Production of Cell Records by AT&T, signed September 28, 2021 (Bates VB00004182-VB00004183) | Mejia, Records Custodian, Pikor | | | |
| 405 | Michael Russell Cell Records, January 2 - March 31, 2020 (Bates COLA035626-COLA035746) | Russell, Pikor, Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 406 | Raul Versales Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036094, COLA036663-COLA037559) | Versales, Pikor, Johnson, Kelly, Jauregui, Miller, Mejia | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 407 | Raul Versales Consent to Release and Production of Cell Records by AT&T, signed September 29, 2021 (Bates VB00004184-VB00004185) | Versales, Pikor | | | |
| 408 | Douglas Johnson Cell Records, January 26 - March 4, 2020 (Bates COLA038063-COLA038538) | Johnson, Pikor, Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 409 | AT&T Custodian of Records Certification and Accompanying Materials for Douglas Johnson Cell Records, signed November 24, 2021 (Bates COLA038539-COLA038552) | Johnson, Records Custodian, Pikor | | | |
| 410 | Douglas Johnson Consent to Release and Production of Cell Records by AT&T, signed September 30, 2021 (Bates VB00004157-VB00004158) | Johnson, Records Custodian, Pikor | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 411 | Tony Imbrenda, Brian Jordan, & Arlin Kahan LAFD Cell Records, January 26 - March 3, 2020 (Bates COLA037937-COLA037969) | Imbrenda, Jordan, Kahan, Pikor | | | |
| 412 | Verizon Custodian of Records Certification and Accompanying Materials for Shrout LASD, Miller LASD, Kelly Personal, Imbrenda LAFD, Jordan LAFD, & Kahan LAFD Cell Records, signed November 8, 2021 (Bates VB00004201-VB00004206) | Miller, Kelly, Imbrenda, Jordan, Kahan, Records Custodian, Pikor | | | |
| 413 | Julia Kim (LAFD) Consent to Release and Production of Imbrenda, Jordan, & Kahan LAFD Cell Records by AT&T, signed September 28, 2021 (Bates VB00004159-VB00004160) | Kim, Jordan, Kahan, Imbrenda, Pikor | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 414 | Julia Kim (LAFD) Consent to Release and Production of Imbrenda, Jordan, & Kahan LAFD Cell Records by Verizon, signed October 20, 2021 (Bates VB00004161-VB00004162) | Pikor, Kim, Jordan, Imbrenda, Kahan | | | |
| 415 | Tony Imbrenda Personal Cell Records, January 25 - March 3, 2020 (Bates C0LA035893-C0LA035906) | Pikor, Imbrenda, Jordan, Kahan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) <mark>Hearsay (801, 802)</mark> Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 416 | Charter Custodian of Records Certification and Accompanying Materials for Tony Imbrenda Personal Cell Records, signed October 12, 2021 (Bates COLA035907-COLA035909) | Pikor, Records Custodian, Imbrenda | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 417 | Brian Jordan Personal Cell Records, January 26 - March 4, 2020 (Bates VB00003632-VB00004129) | Pikor, Jordan, Imbrenda | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 418 | AT&T Custodian of Records Certification and Accompanying Materials for Brian Jordan Personal Cell Records, signed November 19, 2021 (Bates VB00004130-VB00004135) | Pikor, Records Custodian, Jordan | | | |
| 419 | Order of MJ Eick Compelling Production of Brian Jordan Personal Cell Records, signed October 25, 2021 (Bates VB00004132-VB00004133) | Jordan | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 420 | Arlin Kahan Personal Cell Records, December 27 - March 26, 2020 (Bates COLA035861-COLA035880) | Pikor, Kahan, Imbrenda | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 421 | Benjamin Sanchez Cell Records, January 26 - March 3, 2020 (Bates COLA035910-COLA035933) | Pikor, Russell, Sanchez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 422 | Verizon Custodian of Records Certification and Accompanying Materials for Jauregui & Sanchez Cell Records, signed October 25, 2021 (Bates VB00004198-VB00004200) | Pikor, Jauregui, Sanchez, Records Custodian | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 423 | Benjamin Sanchez Consent to Release and Production of Cell Records by Verizon, signed September 29, 2021 (Bates VB00004151-VB00004152) | Pikor, Sanchez | | | |
| 424 | Ruby Cable Cell Records, January 26 - March 3, 2020 (Beg Bates COLA037970) | Pikor, Cable, Mejia | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 425 | T-Mobile Custodian of Records Certification and Accompanying Materials for Ruby Cable Cell Records, signed November 17, 2021 (Bates COLA037971-COLA038003) | Pikor, Cable, Records Custodian | | | |
| 426 | Ruby Cable Consent to Release and Production of Cell Records by AT&T, signed October 5, 2021 (Bates VB00004186-VB00004187) | Pikor, Cable | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 427 | Ruby Cable Consent to Release and Production of Cell Records by T-Mobile USA, Inc., signed October 20, 2021 (Bates VB00004188-VB00004189) | Pikor, Cable | | | |
| 428 | Stephanie Shrout & Scott Miller LASD Cell Records, January 26 - March 3, 2020 (Bates COLA037921-C0LA037936) | Pikor, Miller, Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 429 | David Sum (COLA) Consent to Release and Production of Shrout & Miller LASD Cell Records by Verizon, signed October 13, 2021 (Bates VB00004155-VB00004156) | Pikor, Miller | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 430 | Travis Kelly Cell Records, January 26 - March 3, 2020 (Bates COLA038004-COLA038030) | Pikor, Miller, Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 431 | Travis Kelly Consent to Release and Production of Cell Records by T-Mobile USA, Inc., signed October 14, 2021 (Bates VB00004195-VB00004196) | Pikor, Kelly | | | |
| 432 | Christopher Jauregui Cell Records, January 26 - March 3, 2020 (Bates COLA038031-COLA038058) | Pikor, Jauregui, Versales | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay (801, 802) Speculation. | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial; Defendants' speculation objection is unintelligible; cell phone records maintained by a wireless carrier are business records (FRE 803(6). | |
| 433 | Christopher Jauregui Consent to Release and Production of Cell Records by Verizon, signed October 1, 2021 (Bates VB00004153-VB00004154) | Pikor, Jauregui | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 434 | LAFD Letter dated June 22, 2015, titled: "Intention to Suspend" (COLA035403-08) | Marrone, McCloud, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Fire Department's actual or constructive notice that failure to train and failure to have a policy would result in improper death photos; not a subsequent remedial measure per definition in FRE 407 (the letter is from 2015, which predates the accident by 5 years), not offered for the prohibited purposes in FRE 407, and qualifies for the exception in FRE 407; not unfairly prejudicial | |
| 435 | LAFD Letter dated March 1, 2018 re Suspension (COLA035409-16) | Marrone, McCloud, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Fire Department's actual or constructive notice that failure to train and failure to have a policy would result in improper death photos; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 436 | LAFD Investigation Report dated May 29, 2015 (COLA035417-28) | Marrone, McCloud, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Fire Department's actual or constructive notice that failure to train and failure to have a policy would result in improper death photos; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 437 | LAFD Supplemental Investigation Report dated November 1, 2017 (COLA035429-37) | Marrone, McCloud, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Fire Department's actual or constructive notice that failure to train and failure to have a policy would result in improper death photos; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 438 | LAFD Letter of Reprimand dated March 27, 2019 (COLA035438-41) | Marrone, McCloud, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Fire Department's actual or constructive notice that failure to train and failure to have a policy would result in improper death photos; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 439 | LASD Letter to Doug Johnson dated August 8, 2020, titled: "NOTIFICATION LETTER" (COLA035220-24) | Johnson, Villanueva, Jaeger, Reed, Kneer, Bercovici | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Johnson receiving no discipline for taking close-up photos of crash victims' remains; not unfairly prejudicial; retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). | |
| 440 | Cellbrite Extraction Report and Facebook Messenger Messages between Henry Shue and Ralph Grande | Mejia, Pikor | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 441 | Photo of Detached Helicopter Tail (COLA036077) | Mejia | | | |
| 442 | Photo of Burning Helicopter Wreckage (COLA036078) | Mejia | | | |
| 445 | Cellebrite Extraction Report re Sanchez Text Messages | Russell, Sanchez, Pikor | | | |
| 452 | Audio Recording of Marcus Phillips LASD Investigation Interview (COLA006954) | Phillips | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); subject to Plaintiff's MIL #1 to preclude Defendants from proferring exculpatory testimony and argument regarding spoliated evidence; plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 454 | Audio Recording of Christopher Reed LASD Investigation Interview (COLA006950) | Reed | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 455 | LASD Transcript of Internal Affairs Interview of Christopher Reed (COLA001083-086) | Reed | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, Sheriff Villanueva's order to destroy evidence; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 456 | Audio Recording of Fabio Vargas LASD Investigation Interview [1 of 2] (COLA006881) | Vargas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, LASD's activities upon first arriving at crash site; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 457 | Audio Recording of Fabio Vargas LASD Investigation Interview [2 of 2] (COLA006882) | Vargas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, LASD's activities upon first arriving at crash site; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). Note: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 458 | LASD Transcript of Internal Affairs Interview of Fabio Vargas (COLA000313-325) | Vargas | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, LASD's activities upon first arriving at crash site; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 459 | Audio Recording of Justin Diez LASD Investigation Interview (COLA006925) | Diez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, the propriety of LASD personnel taking photos of victims' remains and what Diez observed in supervising LASD personnel at command post; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 460 | LASD Transcript of Internal Affairs Interview of Justin Diez (COLA000447-456) | Diez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, the propriety of LASD personnel taking photos of victims' remains and what Diez observed in supervising LASD personnel at command post; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 461 | Audio Recording of Justin Diez 2nd LASD Investigation Interview [1 of 2] (COLA006948) | Diez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, the propriety of LASD personnel taking photos of victims' remains and what Diez observed in supervising LASD personnel at command post; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note</u>: The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 462 | Audio Recording of Justin Diez 2nd LASD Investigation Interview [2 of 2] (COLA006945) | Diez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, the propriety of LASD personnel taking photos of victims' remains and what Diez observed in supervising LASD personnel at command post; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 463 | LASD Transcript of Internal Affairs Interview of Justin Diez (COLA000934-948) | Diez | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, the propriety of LASD personnel taking photos of victims' remains and what Diez observed in supervising LASD personnel at command post; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 465 | Audio Recording of Dennis Breshears LAFD Investigation Interview (COLA035082) | Breshears | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) Hearsay. (FRE 801, 802.) Subsequent remedial measures (FRE 407.) | Relevant to, among other things, instructions given to Fire Department employees on the day of the crash regarding photography and appropriateness of Fire Department employees photographing human remains when responding to a scene; not unfairly prejudicial; document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D); retrospective investigations are not subsequent remedial measures (*see In re Aircrash in Bali, Indonesia*, 871 F.2d 812, 816 (9th Cir. 1989)). <br><br> <u>Note:</u> The document is inadmissible hearsay if offered by Defendants (FRE 802); plaintiff reserves the right to introduce as party admission (FRE 801) | |
| 468 | *Parties' November 22, 2021 Stipulation Regarding Business Records Certificate for Rafael Mejia & Raul Versales Cell Records (Saigal Decl. ISO Plaintiff's MSJ Opp., Ex. 214)* | Mejia, Versales, Pikor | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative. (FRE 403.) | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 469 | Teri Johnson Consent to Release and Production of Cell Records by AT&T, signed October 27, 2021 (Bates VB00004193-VB00004194) | Johnson | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative. (FRE 403.) | Relevant to, among other things, trail of electronic transmission of photos of the crash victims' remains among Sheriff's Department and Fire Department personnel; not unfairly prejudicial | |
| 470 | LA Times recording of Villanueva and Valdez (audio only) (VB00004208) | Villanueva, Valdez, Satterfield | Irrelevant. (FRE 104(b), 401, 402.)<br>More prejudicial than probative. (FRE 403.)<br>Authentication (FRE 901.) | Relevant to, among other things, Sheriff Villanueva and Jorge Valdez's false denials regarding citizen complaint and deletion order; not unfairly prejudicial; can be authenticated by Villanueva, Valdez, Satterfield, the LA Times reporters, or anyone familiar with the voices on the audio recording | Defendants do not stipulate to the authenticity of this recording because it was not produced in the course of discovery. Defendants are unable to verify the source of this recording or whether it is accurate or has been altered. |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 471 | LA Times recording of Villanueva and Valdez (with subtitles) (VB00004209) | Villanueva, Valdez, Satterfield | Irrelevant. (FRE 104(b), 401, 402.) More prejudicial than probative.  (FRE 403.) Authentication (FRE 901.) | Relevant to, among other things, Sheriff Villanueva and Jorge Valdez's false denials regarding citizen complaint and deletion order; not unfairly prejudicial; can be authenticated by Villanueva, Valdez, Satterfield, the LA Times reporters, or anyone familiar with the voices on the audio recording | Defendants do not stipulate to the authenticity of this recording because it was not produced in the course of discovery. Defendants are unable to verify the source of this recording or whether it is accurate or has been altered. |
| 472 | Defendant Joey Cruz's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | Cruz | | | |
| 473 | Defendant LAFD's Responses to Plaintiff's Demands for Inspection, Set One, dated May 5, 2021 | Kim, Breshears, McCloud, Marrone | | | |
| 474 | Defendant LASD's Responses to Plaintiff's Demand for Inspection, Set One, dated April 9, 2021 | Jaeger | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|----------------------|-----------------------------------------------|
| 475 | Defendant Rafael Mejia's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | Mejia | | | |
| 476 | Defendant Michael Russell's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | Russell | | | |
| 477 | Defendant Raul Versales' Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | Versales | | | |
| 478 | Defendant COLA's Responses to Plaintiff's First Set of Requests for Admission, dated November 24, 2021 | Johnson, Jaeger, Russell, Sanchez, Cruz, Mejia, Versales, Miller, Jauregui, Imbrenda, Jordan, Kahan, Villanueva | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 479 | Defendant LACFD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | Kim, Jordan, Imbrenda, Kahan | | | |
| 480 | Defendant LASD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | Johnson, Jaeger, Russell, Sanchez, Cruz, Mejia, Versales, Miller, Jauregui, Villanueva | | | |
| 481 | Defendant COLA's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | Imbrenda, Kahan, Jordan, Cruz, Versales, Russell, Mejia | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 482 | Defendant COLA's Responses to Plaintiff's Second Set of Requests for Production, dated December 1, 2020 | Imbrenda, Kahan, Jordan, Cruz, Versales, Russell, Mejia | | | |
| 483 | Defendant COLA's Responses to Plaintiff's Third Set of Requests for Production, dated May 6, 2021 | Imbrenda, Kahan, Jordan, Cruz, Versales, Russell, Mejia | | | |
| 484 | Defendant COLA's Responses to Plaintiff's Fourth Set of Requests for Production, dated July 23, 2021 | Imbrenda, Kahan, Jordan, Cruz, Versales, Russell, Mejia | | | |
| 485 | Defendant Joey Cruz's Responses to Plaintiff's First Set of Requests for Production, dated May 4, 2021 | Cruz | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 486 | Defendant Joey Cruz's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | Cruz | | | |
| 487 | Defendant LAFD's Responses to Plaintiff's First Set of Requests for Production, dated June 22, 2021 | Kim, Imbrenda, Kahan, Jordan | | | |
| 488 | Defendant LAFD's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | Kim, Imbrenda, Kahan, Jordan | | | |
| 489 | Defendant LASD's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | Cruz, Mejia, Russell, Versales | | | |
| 490 | Defendant LASD's Responses to Plaintiff's Second Set of Requests for Production, dated June 11, 2021 | Cruz, Mejia, Russell, Versales | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 491 | Defendant Rafael Mejia's Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | Mejia | | | |
| 492 | Defendant Rafael Mejia's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | Mejia | | | |
| 493 | Defendant Michael Russell's Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | Russell | | | |
| 494 | Defendant Michael Russell's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | Russell | | | |
| 495 | Defendant Raul Versales' Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | Versales | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 496 | Defendant Raul Versales' Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | Versales | | | |
| 497 | Defendant Sheriff Alex Villanueva's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | Villanueva | | | |
| 498 | Defendant COLA's Responses to First Set of Interrogatories, dated December 7, 2020 | Jaeger | | | |
| 499 | Defendant COLA's Supplemental Responses to First Set of Interrogatories, dated March 9, 2021 | Jaeger | | | |
| 500 | Defendant COLA's Supplemental Responses to First Set of Interrogatories, dated March 12, 2021 | Jaeger | | | |
| 501 | Defendant COLA's Third Supplemental Responses to First Set of Interrogatories, dated March 31, 2021 | Jaeger | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 502 | Defendant COLA's Responses to Second Set of Interrogatories, dated April 19, 2021 | Jaeger | | | |
| 503 | Defendant COLA's Responses to Third Set of Interrogatories, dated October 1, 2021 | Flores, Jaeger | | | |
| 504 | Defendant Michael Russell's Responses to First Set of Interrogatories, dated October 25, 2021 | Russell | | | |
| 505 | Defendants' Initial Disclosures, dated November 18, 2020 | Jaeger | | | |
| 506 | Defendants' Supplemental Initial Disclosures, dated December 4, 2020 | Jaeger | | | |
| 507 | Defendants Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales Initial Disclosures, dated April 27, 2021 | Cruz, Russell, Mejia, Versales | | | |
| 508 | Defendant Los Angeles County Fire Department's Initial Disclosures, dated April 27, 2021 | Kim | | | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|------------------------|-----------------------------------------------|
| 509 | Defendants' Second Supplemental Initial Disclosures, dated November 15, 2021 | Jaeger, Kim | | | |
| 510 | Recorded Call Between Deputies Nicolas Bonelli and Rafael Mejia – January 26, 2020 (COLA006524) | Bonelli, Mejia | | | |
| 511 | Declaration of LASD Deputy Joey Cruz in Support of Defendants' Motion for Summary Judgment | Cruz | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 512 | Declaration of LASD Deputy Michael Russell in Support of Defendants' Motion for Summary Judgment | Russell | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 513 | Declaration of LASD Deputy Rafael Mejia in Support of Defendants' Motion for Summary Judgment | Mejia | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 514 | Declaration of LASD Deputy Raul Versales in Support of Defendants' Motion for Summary Judgment | Versales | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 515 | Declaration of LASD Deputy Chris Jauregui in Support of Defendants' Motion for Summary Judgment | Jauregui | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 516 | Declaration of LASD Deputy Ruby Cable in Support of Defendants' Motion for Summary Judgment | Cable | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 517 | Declaration of LASD Deputy Ben Sanchez in Support of Defendants' Motion for Summary Judgment | Sanchez | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 518 | Declaration of LASD Deputy Douglas Johnson in Support of Defendants' Motion for Summary Judgment | Johnson | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---------|-------------|---------|-------------------------------------|-----------------------|-----------------------------------------------|
| 519 | Declaration of LASD Detective Scott Miller in Support of Defendants' Motion for Summary Judgment | Miller | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 520 | Declaration of LASD Sergeant Travis Kelly in Support of Defendants' Motion for Summary Judgment | Kelly | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 521 | Declaration of LACFD Captain Arlin Kahan in Support of Defendants' Motion for Summary Judgment | Kahan | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 522 | Declaration of LACFD Interim Fire Chief Anthony Marrone In Support of Defendants' Motion for Summary Judgment | Marrone | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 523 | Declaration of LASD Commander William Jaeger in Support of Defendants' Motion for Summary Judgment | Jaeger | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 524 | Declaration of LASD Deputy Ruby Cable in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Cable | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 525 | Declaration of LASD Deputy Joey Cruz in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Cruz | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 526 | Declaration of LACFD Firefighter Specialist Tony Imbrenda in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Imbrenda | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 527 | Declaration of LASD Deputy Chris Jauregui in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Jauregui | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 528 | Declaration of LASD Deputy Douglas Johnson in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Johnson | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 529 | Declaration of LACFD Fire Captain Arlin Kahan in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Kahan | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 530 | Declaration of LASD Sergeant Travis Kelly in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Kelly | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 531 | Declaration of LASD Deputy Rafael Mejia in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Mejia | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 532 | Declaration of LASD Detective Scott Miller in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Miller | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 533 | Declaration of LASD Deputy Michael Russell in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Russell | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 534 | Declaration of LASD Deputy Ben Sanchez in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Sanchez | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |
| 535 | Declaration of LASD Captain Matthew Vander Horck in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Vander Horck | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |

| Ex. No. | Description | Witness | If Objection, Grounds for Objection | Response to Objection | Grounds for Refusing to Stip. to Authenticity |
|---|---|---|---|---|---|
| 536 | Declaration of LASD Deputy Raul Versales in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions | Versales | Hearsay. (FRE 801, 802.) | Document is non-hearsay statement of a party opponent (FRE 801(d)(2)(D). | |