# EXHIBIT 2

Exhibit 2 - Page 13

**CERTIFIED COPY**

1        UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4   VANESSA BRYANT, a California )
    Resident,                    )
5                                )
                   Plaintiff,    )
6                                )
        vs.                      )   No. 2:20-cv-09582-JFW-E
7                                )
    COUNTY OF LOS ANGELES, a     )
8   Public entity, et al.,       )
                                 )
9                  Defendants.   )
    _____)

10

11

12

13        VIDEO-RECORDED DEPOSITION OF VICTOR GUTIERREZ

14                    April 26, 2021

15

16

17

18

19

20

21

22

23

24   Theresa JoAnn Phillips-Blackwell, CSR 12700.
     472366
25

SINCE 1972

**BARKLEY**
Court Reporters
barkley.com

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine          (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

**Exhibit 2 - Page 14**

1               UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4  VANESSA BRYANT, a California )
    Resident,                )

5                      )
              Plaintiff,    )

6                      )
      vs.               )  No. 2:20-cv-09582-JFW-E

7                      )
  COUNTY OF LOS ANGELES, a   )

8  Public entity, et al.,    )
                      )

9             Defendants.   )
  _____)

10

11

12

13     VIDEO-RECORDED DEPOSITION OF VICTOR GUTIERREZ

14     taken remotely via Zoom at 10:03 a.m., Monday,

15     April 26, 2021, before Theresa JoAnn

16     Phillips-Blackwell, CSR 12700.

17

18

19

20

21

22

23

24

25

VICTOR GUTIERREZ

BARKLEY
Court Reporters

Exhibit 2 - Page 15

```
 1   APPEARANCES OF COUNSEL:

 2

 3

 4   For Plaintiff:

 5                        CRAIG JENNINGS LAVOIE, ESQ.
                          BRANDON MARTINEZ, ESQ.
 6                        (Both Appearing via Zoom)
                          MUNGER, TOLLES & OLSON LLP
 7                        350 South Grand Avenue
                          Fiftieth Floor
 8                        Los Angeles, California  90071
                          (213) 683-9100
 9

10   For Defendants County of Los Angeles and Los Angeles
     County Fire Department:
11
                          MAXIMILLIAN HIRSCH, ESQ.
12                        JASON H. TOKORO, ESQ.
                          (Both Appearing via Zoom)
13                        MILLER BARONDESS, LLP
                          1999 Avenue of the Stars
14                        Suite 1000
                          Los Angeles, California  90067
15                        (310) 552-7555

16   For Defendants Los Angeles County Sheriff's Department:

17                        JONATHAN C. MC CAVERTY, ESQ.
                          (Appearing via Zoom)
18                        OFFICE OF THE COUNTY COUNSEL
                          GENERAL LITIGATION DIVISION
19                        500 West Temple Street
                          Suite 468
20                        Los Angeles, California  90012
                          (213) 974-1828
21                        jmccaverty@counsel.lacounty.gov

22

23

24

25
```

3

BARKLEY
Court Reporters

Exhibit 2 - Page 16

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3

 4    For Mauser Family:

 5                         KEVIN BOYLE, ESQ.
                          MARGUERITE S. SANVICTORES, ESQ.
 6                        (Both Appearing via Zoom)
                          PANISH SHEA & BOYLE LLP
 7                        11111 Santa Monica Boulevard
                          Suite 700
 8                        Los Angeles, California  90025
                          (310) 477-1700
 9                        boyle@psblaw.com
                          sanvictores@psblaw.com
10

11    For Chester Family:

12                         JEROME M. JACKSON, ESQ.
                          (Appearing via Zoom)
13                        LAW OFFICES OF JEROME M. JACKSON
                          880 Apollo Street
14                        Suite 238
                          El Segundo, California  90245
15                        (310) 726-4199

16

17    Also Present:   John Hank, videographer
                      (Appearing via Zoom)
18

19

20

21

22

23

24

25
```

VICTOR GUTIERREZ

BARKLEY
Court Reporters

Exhibit 2 - Page 17

10:20 1    was Kobe Bryant's remains?

10:20 2        A.  Honestly, I -- it was like -- in the picture

10:20 3    that I saw, there was no head, no arms, like -- so I

10:20 4    don't know if it was Kobe Bryant, honestly, to tell you

10:20 5    the truth.  That's what he told me --

10:20 6        Q.  What made you think -- go ahead.

10:20 7        A.  That's what he said.  But to my knowledge, I

10:20 8    don't know if it was Kobe Bryant.  It could have been

10:20 9    anybody.  It could have been any black male, you know,

10:20 10   because there was just no head, no arms, so...

10:20 11        Q.  What did you see in the photograph?

10:20 12        A.  I saw just a torso.

10:20 13        Q.  What were the characteristics of the torso?

10:20 14   What did it look like?

10:20 15        MR. HIRSCH:  Objection.  Vague as to

10:20 16   "characteristics."

10:20 17        THE WITNESS:  I really don't remember, sir, to

10:20 18   tell you the truth.  It was just shocking.

10:20 19   BY MR. LAVOIE:

10:21 20        Q.  You mentioned that -- strike that.

10:21 21        Were you able to tell the skin tone of the --

10:21 22        A.  Yes.

10:21 23        Q.  What was the skin tone of the -- of the body

10:21 24   part in the photo that you saw?

10:21 25        A.  It could have been, like, a really dark Mexican

22

VICTOR GUTIERREZ

BARKLEY
Court Reporters

**Exhibit 2 - Page 18**

10:21  1  ==or a black person.==

10:21  2      Q.   Is there anything else you remember about the

10:21  3  circumstances under which Joey Cruz showed you this

10:21  4  photo that he said contained Kobe Bryant's remains?

10:21  5      A.   No.  We were just chitchatting about it --

10:21  6  about -- about the -- well, I was telling him I was sad

10:21  7  that Kobe Bryant died.  Then he showed me the pictures.

10:21  8  And that -- that's all I could remember honestly.  It's

10:21  9  been so long.

10:21 10      Q.   Did -- when did this happen?  When -- strike

10:22 11  that.

10:22 12          Relative to the crash, which happened on a

10:22 13  Sunday --

10:22 14      A.   Uh-huh.

10:22 15      Q.   -- how long after was it that Mr. Cruz showed

10:22 16  you a photo that you understood to contain Kobe's

10:22 17  remains?

10:22 18      A.   I don't remember the exact time, but it was

10:22 19  maybe less than a week.  Like a week, maybe, after.

10:22 20      Q.   Within a week of the crash?

10:22 21      A.   Maybe.  A week or two.  I don't know exactly

10:22 22  the exact time.  But yeah.

10:22 23      Q.   Did Mr. Cruz say anything to you about how he

10:22 24  came into possession of this photograph of Kobe Bryant's

10:22 25  remains?

23

VICTOR GUTIERREZ

10:32 1    Q.  Did you see any masculine or feminine parts in

10:32 2  any of the photos?

10:32 3    A.  Wasn't -- I wasn't able to tell if it was women

10:32 4  or men.

10:32 5    Q.  Was the torso -- were you able to tell whether

10:32 6  it was a torso that likely belonged to a man or likely

10:32 7  belonged to a woman?

10:32 8    A.  Yes, sir.  It was -- it looked like a man's

10:32 9  body.

10:32 10    Q.  Why is that?

10:32 11    A.  Had no boobs.

10:32 12    Q.  Did any of the -- strike that.

10:32 13        In these photos that Mr. Cruz showed you that

10:32 14  contained body parts, did you understand those body

10:32 15  parts to be body parts of the crash victims?

10:32 16    A.  That's what he said they were.

10:32 17    Q.  Did any of the victims that appeared in the

10:33 18  photos that Mr. Cruz showed you appear to have been

10:33 19  decapitated?

10:33 20    A.  Yes.

10:33 21    Q.  And what do you mean by "decapitated"?

10:33 22    A.  Well, the torso I saw had no head and no arms.

10:33 23    Q.  How many -- how many victims did you see in the

10:33 24  photos that appeared to have been decapitated?

10:33 25        MR. HIRSCH:  Objection.  Mischaracterizes

VICTOR GUTIERREZ

BARKLEY
Court Reporters

**Exhibit 2 - Page 20**

10:34  1   position than you would expect?

10:34  2        A.  I don't remember.  It was just, like, the whole

10:34  3   body.  Like, it was, like, in a weird position.

10:34  4        Q.  What parts of the body did you see in that

10:34  5   picture that looked like a -- remains that were in a

10:34  6   pretzel?

10:34  7        A.  I -- I don't remember, sir.

10:34  8        Q.  Was that individual that was in that contorted

10:35  9   position -- did you understand that individual to be

10:35 10   Kobe or someone else?

10:35 11        A.  I -- like I said, I don't know who it -- who

10:35 12   they were.  He just told me that the one with a torso is

10:35 13   Kobe.  So I don't know who.

10:35 14        Q.  Did any of the bodies that you viewed in the

10:35 15   photos that Mr. Cruz showed you appear to have been

10:35 16   burned?

10:35 17           MR. HIRSCH:  Objection.  Calls for speculation,

10:35 18   expert opinion.  Unless he knows about burns.

10:35 19           THE WITNESS:  I -- I can't -- can't recall.  I

10:35 20   don't -- I don't know.

10:35 21   BY MR. LAVOIE:

10:35 22        Q.  Did you see fire in any of the photos that

10:35 23   Mr. Cruz showed you?

10:35 24        A.  No.

10:35 25        Q.  Did you see anything in any of the photos that

                              34

VICTOR GUTIERREZ

| | | |
|---|---|---|
| 10:35 | 1 | made you think that what you were seeing was either a |
| 10:35 | 2 | child or part of a child? |
| 10:36 | 3 | A.  No. |
| 10:36 | 4 | Q.  You don't recall? |
| 10:36 | 5 | MR. HIRSCH:  Objection.  Mischaracterizes |
| 10:36 | 6 | testimony.  He said "no," not doesn't know. |
| 10:36 | 7 | BY MR. LAVOIE: |
| 10:36 | 8 | Q.  Do you -- you don't recall whether you saw |
| 10:36 | 9 | anything that looked like a child? |
| 10:36 | 10 | MR. HIRSCH:  Objection.  Asked and answered. |
| 10:36 | 11 | Mischaracterizes testimony. |
| 10:36 | 12 | It's not what he said, Counsel. |
| 10:36 | 13 | MR. LAVOIE:  Hey, this is -- this is a speaking |
| 10:36 | 14 | objection, Max.  You can -- you can -- you're entitled |
| 10:36 | 15 | to a short and plain statement of your objection.  You |
| 10:36 | 16 | can object asked and answered.  But the speaking |
| 10:36 | 17 | objections after that are inappropriate. |
| 10:36 | 18 | MR. HIRSCH:  If you ask him a question and he |
| 10:36 | 19 | says no and you follow up with, "Did you mean I don't |
| 10:36 | 20 | know?" that's improper; and I'm going to object to it. |
| 10:36 | 21 | MR. LAVOIE:  Max, the speaking objections need |
| 10:36 | 22 | to stop.  We're going to deal with it. |
| 10:36 | 23 | MR. HIRSCH:  Okay. |
| 10:36 | 24 | MR. LAVOIE:  They need to stop. |
| 10:36 | 25 | MR. HIRSCH:  As long as you stop what you're |

35

```
 1              DEPOSITION OFFICER'S CERTIFICATE

 2

 3   STATE OF CALIFORNIA     }
                             }   ss.
 4   COUNTY OF LOS ANGELES   }

 5

 6          I, THERESA JOANN PHILLIPS-BLACKWELL, hereby

 7   certify:

 8          I am a duly qualified Certified Shorthand

 9   Reporter in the State of California, holder of

10   Certificate Number CSR 12700 issued by the Court

11   Reporters Board of California and which is in full force

12   and effect.  (Fed. R Civ. P. 28(a)).

13          I am authorized to administer oaths or

14   affirmations pursuant to California Code of Civil

15   Procedure, Section 2093(b) and prior to being examined,

16   the witness was first duly sworn by me.  (Fed. R. Civ.

17   P. 28(a), 30(f)(1)).

18          I am not a relative or employee or attorney or

19   counsel of any of the parties, nor am I a relative or of

20   such attorney or counsel, nor am I financially

21   interested in this action.  (Fed. R. Civ. P. 28).

22          I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                           ///
```

254

VICTOR GUTIERREZ

**BARKLEY**
Court Reporters

**Exhibit 2 - Page 23**

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3            Before Completion of the deposition, review of

4    the transcript {  } was {xx} was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated: May 14, 2021

10

11

12                                *Theresa Phillips-Blackwell*

13                        _____

14

15

16

17

18

19

20

21

22

23

24

25

255

BARKLEY
Court Reporters

**Exhibit 2 - Page 24**