**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 20-10844-JFW(Ex)** | Date:  July 19, 2022 |

Title:         Christopher L. Chester, et al. -v- County of Los Angeles, et al.

**PRESENT:**
           **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING BRIAN JORDAN'S RENEWED EX PARTE APPLICATION FOR LEAVE TO FILE MOTION UNDER SEAL [filed 7/15/22; Docket No. 235]**

        On July 15, 2022, Third Party Witness Brian Jordan ("Jordan") filed a Renewed Ex Parte Application for Leave to File Motion under Seal ("Application").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving papers, and the arguments therein, the Court rules as follows:

        For the reasons stated in Vanessa Bryant's Opposition and Notice of Errata (Docket Nos. 329 and 331 in CV 20-9582), Jordan's Application is **DENIED**.  If Jordan's counsel continues to file documents without fully complying with the Local Rules and the Court's Amended Standing Order filed on June 29, 2021, the Court will strike all of the improperly filed documents and impose sanctions in the amount of $1,500.00 against counsel.

        IT IS SO ORDERED.