JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
880 Apollo St., Suite 238
El Segundo, California 90245
Telephone (310) 726-4199
Facsimile (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

[*Additional counsel continued on next page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER L. CHESTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-10844-JFW-E**<br><br>**JOINT STATEMENT RE: MOTIONS *IN LIMINE* IN THE *BRYANT* AND *CHESTER* MATTERS**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

571091.3

JOINT STATEMENT REGARDING MOTIONS *IN LIMINE*

1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
3  OFFICE OF COUNTY COUNSEL
   General Litigation Division
4  500 West Temple Street, Suite 468
   Los Angeles, California 90012
5  Telephone:  (213) 974-1828
   Facsimile:  (213) 626-7446
6

7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8

9  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
10 MIRA HASHMALL (State Bar No. 216842)
   JASON H. TOKORO (State Bar No. 252345)
11 CASEY B. SYPEK (State Bar No. 291214)
   MILLER BARONDESS, LLP
12 1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
13 Telephone:  (310) 552-4400
   Facsimile:  (310) 552-8400
14

15 Attorneys for Defendants
   COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
16 JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES,
17 ARLIN KAHAN and TONY IMBRENDA

Per the Court's request (*Chester* Dkt. 239), lead counsel for Plaintiff and Defendants met and conferred regarding the pending motions *in limine* filed in this case and in *Bryant v. County of Los Angeles, et al.*, Case No. 2:20-cv-09582-JFW-E. The parties hereby submit the following joint statement:

## I. Plaintiff's Motions *In Limine*

Plaintiff Chester filed four motions *in limine* (MIL Nos. 1, 2, 4, and 5) that raise the identical issues raised in motions filed by Plaintiff Bryant. (*Compare Chester* Dkt. 156, 158, 160, 162, *with Bryant* Dkt. 235, 236, 238, 240.)

Plaintiff Bryant filed her "Motion *in Limine* No. 3 to Exclude Plaintiff's Financial Condition, Including Reference to Settlement of Prior Lawsuit." (*Bryant* Dkt. 237.) Plaintiff Chester did not file the same motion because Defendants stipulated to "not seek to introduce any evidence of, or make any mention of or reference to, Plaintiff working at a 'hedge fund,' Plaintiff working at Rimrock Capital Management, the size of the portfolio managed by Rimrock Capital Management, Plaintiff's net worth, or Plaintiff's salary." (*See Chester* Dkt. 176.) Plaintiff Chester preserved his objections to each of Defendants' proposed trial exhibits referring to the helicopter lawsuit and settlement. (*See Chester* Dkt. 237 (Trial Exs. 6712-675).)

## II. Defendants' Motions *In Limine*

Defendants filed five motions *in limine* (MIL Nos. 1-5) that raise the identical issues raised in the motions filed in the *Bryant* matter. (*Compare Chester* Dkts. 164-67, 169, 171, *with Bryant* Dkt. 245, 249, 252-3, 255.) Defendants withdrew MIL 5. (*Chester* Dkt. 321 at 15:14-16; *Bryant* Dkt. 318 at 5:26-38.)

Defendants MIL No. 1 seeks to exclude evidence of photographs and witnesses that cannot be traced to the County. (*See Chester* Dkt. 164; *Bryant* Dkt. 245.) Plaintiff Chester did not oppose Defendants' MIL No. 1 (*Chester* Dkt 164); Plaintiff Bryant is opposing Defendants' MIL No. 1 (*Bryant* Dkt 245 at 19:1-28:27). Plaintiff Chester has also withdrawn the trial exhibits that are the subject of MIL

No. 1.  (Trial Exhibit Nos. 196, 318-326, 329; *see also* Dkt. 238.)

It is Plaintiff Chester's position that he has listed Jessica Wells and Jennifer Bolden on his witness list and reserves the right to elicit testimony from them at trial.  (*See Chester* Dkt. 222 at 9-10, 37-38.)  It is Defendants' position that because Plaintiff Chester did not oppose Defendants MIL No. 1, the Court should grant the unopposed motion and exclude Wells and Bolden from testifying at trial.  (*See id.*)

DATED:  July 21, 2022

By:  \_\_\_\_\_/s/ Jerome M. Jackson\_\_\_\_\_
JEROME M. JACKSON
Attorneys for Plaintiff
CHRISTOPHER CHESTER

DATED:  July 21, 2022         OFFICE OF COUNTY COUNSEL

By:  \_\_\_\_\_/s/ Jonathan C. McCaverty\_\_\_\_\_
JONATHAN C. McCAVERTY
Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

| | |
|---|---|
| DATED: July 21, 2022 | MILLER BARONDESS, LLP |

By:     /s/ Mira Hashmall
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA

## ECF CERTIFICATION

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.