UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - REOPENING/CLOSING**

Case No. 2:20-cv-10844-JFW-Ex                              Date February 6, 2024

Title: Christopher L. Chester, et al. v. County of Los Angeles, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case closed. Make JS-6

☐ Entered _____.

Initials of Preparer   sr

CV-74 (10/08)                        **CIVIL MINUTES - REOPENING/CLOSING**